DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
JAMES S. TSUEI (SBN 285530)
jtsuei@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:      415-236-6300

Attorneys for Defendant
FITBIT INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGANTREE LP<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FITBIT INC.<br><br>　　　　　　Defendant. | Case No. 3:16-cv-02443-RS<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER RE: REDUCTION OF CLAIMS**<br><br>Ctrm:　3, 17th Floor<br>Judge:　Honorable Richard Seeborg |
| FITBIT INC.<br><br>　　　　　　Counter-claimant,<br><br>　v.<br><br>LOGANTREE LP<br><br>　　　　　　Counter-defendant. | |

1        Pursuant to Civil L.R. 6-2 and 7-12, Defendant Fitbit Inc. ("Fitbit") and Logantree LP ("LoganTree"), stipulate and request that the Court enter an order: (1) requiring LoganTree to identify, by August 31, 2016, thirty asserted claims to which it shall be limited through the end of the case; and (2) setting a further case management conference.

In support of the parties' stipulated request, the parties state as follows:

1.      On August 4, 2016, this Court ordered Fitbit to file a brief discussing whether there is a basis to require LoganTree to narrow the number of asserted claims at this stage of the litigation. (Dkt. No. 61). That order required LoganTree to file a response within fourteen days of Fitbit's filing and noted that the Court would set a further case management conference in conjunction with the resolution of the parties' dispute concerning LoganTree's narrowing of its asserted claims.

2.      In the meantime, the parties have met and conferred to avoid burdening the Court with this claim reduction issue and have agreed as follows:

   a.   LoganTree will identify by August 31, 2016 thirty claims to which it shall be limited through the end of the case. The parties will discuss at another time the issue of further reductions in claims and prior art.

   b.   LoganTree agrees to treat Fitbit's current invalidity charts as preliminary and understands that they may be edited and that additional references may be charted. Fitbit has represented that it is not withholding any charts or publications that it currently has identified as prior art.

   c.   The parties agree that they will address all other issues relating to the scheduling of infringement and invalidity contentions in the context of the supplemental CMC statement that they will file in advance of the further case management conference.

Accordingly, IT IS HEREBY STIPULATED, subject to approval of the Court, that LoganTree will identify by August 31, 2016 thirty claims to which it shall be limited through the end of the case. The parties shall appear for a further case management conference on  September 29 , 2016, and shall file a supplemental joint case management statement at least seven days prior to that further case management conference.

Dated:  August 8, 2016  **DURIE TANGRI LLP**

By: */s/ James S. Tsuei*
    JAMES S. TSUEI

Attorneys for Defendant and Counterclaim Plaintiff
FITBIT INC.

Dated:  August 8, 2016  **MCCATHERN, PLLC**

By: */s/ Everett S. Hinchcliffe*
    EVERETT S. HINCHCLIFFE

Attorneys for Plaintiff and Counterclaim Defendant
LOGANTREE LP

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, James S. Tsuei, attest that concurrence in the filing of this document has been obtained.

Dated:  August 8, 2016  */s/ James S. Tsuei*
CLEM S. ROBERTS
TIMOTHY C. SAULSBURY
JAMES S. TSUEI

### ~~PROPOSED~~ ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 8/8/16

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2
STIPULATED REQUEST AND [PROPOSED] ORDER RE: REDUCTION OF CLAIMS
CASE NO. 3:16-CV-02443-RS