H. Arnold Shokouhi (CA Bar No. 284144)
arnolds@mccathernlaw.com
Everett S. Hinchcliffe (Ca Bar No. 61508)
ehinchcliffe@mccathernlaw.com
MCCATHERN, PLLC
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone:  214.741.2662
Facsimile:  214.741.4717

William H. Mandir (*pro hac vice*)
wmandir@sughrue.com
Chandran Iyer (*pro hac vice*)
cbiyer@sughrue.com
SUGHRUE MION, PLLC
2100 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: 202.293.7060
Facsimile: 202.293.7860

*Counsel for Plaintiff LoganTree, LP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOGANTREE LP, | Civil Action No. 16-cv-02443-RS |
|---|---|
| Plaintiff, | |
| v. | |
| FITBIT INC. | **STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY PROCEEDINGS PENDING DISMISSAL AND [PROPOSED] ORDER** |
| Defendant. | |

1      WHEREAS on October 2, 2015, Plaintiff Logantree L.P. ("Logantree") filed this case in the
2  United States District Court for the Eastern District of Texas seeking damages, injunctive, and other
3  relief, and alleging that Defendant Fitbit Inc. ("Fitbit") directly or indirectly infringed U.S. Patent
4  No. 6,059,576 ("'576 patent");

5      WHEREAS on March 18, 2016, Fitbit filed its Counterclaims and Answer to Logantree's
6  Complaint asserting counterclaims of non-infringement and invalidity for each of the asserted patent;

7      WHEREAS on May 6, 2016, Judge Rodney Gilstrap of the United States District Court for
8  the Eastern District of Texas granted Fitbit's motion to transfer this litigation to the Northern District
9  of California;

10     WHEREAS on August 4, 2016, this Court entered a Case Management Scheduling Order
11  [Docket No. 61] in this case;

12     WHEREAS Fitbit filed petitions for *inter partes review* ("IPR") of the '576 patent with the
13  Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office on
14  November 11, 2016 (IPR2017-00256) and November 12, 2016 (IPR2017-00258);

15     WHEREAS Plaintiff and Defendant settled this matter on November 16, 2016;

16     WHEREAS pursuant to the parties' settlement, the parties have agreed to dismiss this action
17  with prejudice and to terminate IPR proceedings before the PTAB;

18     WHEREAS on December 13, 2016, the parties jointly requested authorization from the
19  PTAB to file papers terminating the IPR;

20     WHEREAS the parties are awaiting assignment of a PTAB panel to FitBit's IPR in order to
21  file papers terminating the IPR;

22     THEREFORE IT IS HEREBY STIPULATED by Plaintiff and Defendant, through their
23  designated counsel, that the Case Management and Scheduling Order should be vacated and that all
24  proceedings in this action should be stayed until such time as the parties are able to dismiss this
25  action and to terminate the IPR pursuant to the terms of their settlement.

26  Dated: January 11, 2017            /s/ *H. Arnold Shokouhi*
                                       MCCATHERN, PLLC
27                                     H. Arnold Shokouhi (CA Bar No. 284144)
                                       arnolds@mccathernlaw.com
28                                     Everett S. Hinchcliffe (CA Bar No. 61508)

STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY PROCEEDINGS
                                         2

ehinchcliffe@mccathernlaw.com
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone:  214.741.2662
Facsimile:  214.741.4717

SUGHRUE MION, PLLC
William H. Mandir (*pro hac vice*)
wmandir@sughrue.com
Chandran Iyer (*pro hac vice*)
cbiyer@sughrue.com
2100 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: 202.293.7060
Facsimile: 202.293.7860

***Attorneys for Plaintiff Logantree, L.P.***

Dated: January 11, 2017              /s/ *Clement S. Roberts*  _____
                                     DURIE TANGRI LLP
                                     Clement S. Roberts (CA Bar No. 209203)
                                     croberts@durietangri.com
                                     Timothy C. Saulsbury (CA Bar No. 281434)
                                     tsaulsbury@durietangri.com
                                     James S. Tsuei (CA Bar No. 285530)
                                     jtsuei@durietangrui.com
                                     217 Leidesdorff Street
                                     San Francisco, California 94111
                                     Telephone:  415.362.6666
                                     Facsimile:  415.236.6300

                                     ***Attorneys for Defendant Fitbit, Inc.***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  __1/12/17_____          _____
                                     Honorable Richard Seeborg
                                     United States District Court Judge
                                     Northern District of California

STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY PROCEEDINGS
3