H. Arnold Shokouhi (CA Bar No. 284144)
arnolds@mccathernlaw.com
Everett S. Hinchcliffe (Ca Bar No. 61508)
ehinchcliffe@mccathernlaw.com
MCCATHERN, PLLC
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: 214.741.2662
Facsimile: 214.741.4717

William H. Mandir (*pro hac vice*)
wmandir@sughrue.com
Chandran Iyer (*pro hac vice*)
cbiyer@sughrue.com
SUGHRUE MION, PLLC
2100 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: 202.293.7060
Facsimile: 202.293.7860

*Counsel for Plaintiff LoganTree, LP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGANTREE LP,<br><br>        Plaintiff,<br><br>    v.<br><br>FITBIT INC.<br><br>        Defendant. | Civil Action No. 16-cv-02443-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1  WHEREAS on October 2, 2015, Plaintiff Logantree L.P. filed this case in the United States District Court for the Eastern District of Texas seeking damages, injunctive, and other relief, and alleging that Defendant Fitbit Inc. directly or indirectly infringed U.S. Patent No. 6,059,576 ("'576 patent");

WHEREAS on March 18, 2016, Fitbit Inc. filed its Counterclaims and Answer to Logantree's Complaint asserting counterclaims of non-infringement and invalidity for each of the asserted patent;

WHEREAS on May 6, 2016, Judge Rodney Gilstrap of the United States District Court for the Eastern District of Texas granted Defendant's motion to transfer this litigation to the Northern District of California;

WHEREAS Plaintiff and Defendant settled this matter on November 16, 2016;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their designated counsel, that this action should be dismissed with prejudice in its entirety, as to both Plaintiff's claims and Defendant's counterclaims;

IT IS HEREBY FURTHER STIPULATED by and between Plaintiff and Defendant, through their designated counsel, that this Court shall retain jurisdiction over any action to enforce the settlement reached by the parties.

IT IS SO STIPULATED.

Dated: March 13, 2017

/s/ *H. Arnold Shokouhi*
MCCATHERN, PLLC
H. Arnold Shokouhi (CA Bar No. 284144)
arnolds@mccathernlaw.com
Everett S. Hinchcliffe (CA Bar No. 61508)
ehinchcliffe@mccathernlaw.com
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone:  214.741.2662
Facsimile:  214.741.4717

SUGHRUE MION, PLLC
William H. Mandir (*pro hac vice*)
wmandir@sughrue.com
Chandran Iyer (*pro hac vice*)
cbiyer@sughrue.com
2100 Pennsylvania Ave, N.W.
Washington, DC 20037
Telephone: 202.293.7060

STIPULATION OF DIMISSAL WITH PREJUDICE AND [PROPOSED] ORDER            2

Facsimile: 202.293.7860

*Attorneys for Plaintiff Logantree, L.P.*

Dated: March 13, 2016

/s/ *Clement S. Roberts*
DURIE TANGRI LLP
Clement S. Roberts (CA Bar No. 209203)
croberts@durietangri.com
Timothy C. Saulsbury (CA Bar No. 281434)
tsaulsbury@durietangri.com
James S. Tsuei (CA Bar No. 285530)
jtsuei@durietangrui.com
217 Leidesdorff Street
San Francisco, California 94111
Telephone:  415.362.6666
Facsimile:  415.236.6300

*Attorneys for Defendant Fitbit, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   3/15/17

_____
Honorable Richard Seeborg
United States District Court Judge
Northern District of California